*R. A. Burford,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-mitted to the court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises it seems to the Court, that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

---

W. C. BUCKALEW, *Plaintiff in Error,* v. AETNA INSURANCE COMPANY, A CORPORATION, *Defendant in Error.*

Decision Filed December 19, 1923.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Dade County; H. Pierre Branning, Judge.

*C. D. Benson, Burwell & Shipp* and *George R. Kline,* for Plaintiff in Error;

*R. F. Burdine* and *Cockrell & Cockrell,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-mitted to the court upon the transcript of the record of the

judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

EDGAR J. HUMPFER, *Appellant, v.* DANIEL W. BRAZELL, *Appellee.*

Decision Filed December 19, 1923.

This case was decided by Division B.

An Appeal from the Circuit Court for Orange County; C. O. Andrews, Judge.

*E. W. & R. C. Davis,* for Appellant;

*C. E. Lemire* and *S. E. Durrance,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered,